UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MULVEY,<br>    Plaintiff<br><br>v.<br><br>MEDGUARD ALERT, INC.,<br>    a Connecticut Corporation, and<br><br>DAVID ROMAN, individually and as an<br>officer or manager of Medguard Alert, Inc.<br><br>    Defendants | Case No. 16 CV 10933<br><br>Honorable Virginia M. Kendall<br><br>Magistrate Judge Mary M. Rowland |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT DAVID ROMAN, PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff John Mulvey hereby gives notice that he is dismissing his claims against Defendant David Roman in the above-captioned action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure . David Roman has not yet filed an Answer or a Motion for Summary Judgment.

John Mulvey
Plaintiff - *pro se*
3754 W. 113th Street
Chicago, Illinois 60655
773-429-0393
JMulveyJD@gmail.com

## CERTIFICATE OF SERVICE

I, John Mulvey, Plaintiff in Case Number 16 CV 10933, certify that on March 7, 2017, I served the Notice of Voluntary Dismissal of Claims Against Defendant David Roman Under Rule 41(a)(1)(A)(i) by causing a true and accurate copy of such notice to be filed and transmitted to Defendant's counsel of record via the Court's CM/ECF electronic filing system.

John Mulvey
Plaintiff - *pro se*
3754 W. 113th Street
Chicago, Illinois 60655
773-429-0393
JMulveyJD@gmail.com