**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

John Mulvey

                      Plaintiff,

v.                                         Case No.: 1:16–cv–10933
                                                Honorable Virginia M. Kendall

Medguard Alert, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 27, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant Medguard Alert, Inc. is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2). Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.